# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**PRESTON HOWARD**                                                                          **PETITIONER**
Reg. #47183-044

v.                                    Case No. 2:19-cv-00113 KGB-JTR

**DEWAYNE HENDRIX, Warden**
**FCI-Low, Forrest City**                                                                   **RESPONDENT**

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 8). No objections have been filed, and the time for filing objections has passed. After review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Petitioner Preston Howard's petition for writ of habeas corpus is dismissed as moot (Dkt. No. 1). Mr. Howard's motion for preliminary injunction and evidentiary hearing is denied as moot (Dkt. No. 6).

It is so ordered this 28th day of September, 2020.

_____
Kristine G. Baker
United States District Judge