# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**PRESTON HOWARD**                                                                                   **PETITIONER**
**Reg. #47183-044**

v.                                         Case No. 2:19-cv-00113 KGB-JTR

**DEWAYNE HENDRIX, Warden**
**FCI-Low, Forrest City**                                                                          **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this day, petitioner Preston Howard's petition for writ of habeas corpus is dismissed as moot (Dkt. No. 1). The relief requested is denied.

It is so adjudged this 28th day of September, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge